IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-00994-AP**

**JAMES BOYER**,

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE**

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| Brandi L. Studer<br>Midland Professional Associates<br>5020 Bob Billings Parkway<br>Lawrence, KS 66049<br>785-832-8521<br>bstuder@midlandgroup.com<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |
|---|---|

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: May 11, 2007
    B.    Date Complaint Was Served on U.S. Attorney's Office:  June 1, 2007
    C.    Date Answer and Administrative Record Were Filed:  July 31, 2007

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states:     The record is complete.
Defendant states:   The record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff states:     None.
Defendant states:   None.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff states:     None.
Defendant states:   None.

**7.    OTHER MATTERS**

Plaintiff states:     None.
Defendant states:   None.

**8.    PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:        October 5, 2007
    B.    Defendant's  Response Brief Due:   November 5, 2007
    C.    Plaintiff's  Reply Brief Due:            November 20, 2007

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement: Oral argument not requested..
    B.    Defendant's Statement:  Oral argument not requested.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

  B. ( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 21st day of August, 2007.

              BY THE COURT:


              *S/John L. Kane*
              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Brandi L. Studer 8/20/07<br>Brandi L. Studer<br>Midland Professional Associates<br>5020 Bob Billings Parkway<br>Lawrence, KS 66049<br>785-832-8521<br>bstuder@midlandgroup.com<br><br>Attorneys for Plaintiff. | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By: s/Debra J. Meachum 8/20/07<br>  Debra J. Meachum<br>  Special Assistant U.S. Attorney<br>  1961 Stout Street, Suite 1001A<br>  Denver, Colorado  80294<br>  Telephone:  (303) 844-1570<br>  debra.meachum@ssa.gov<br>  Attorneys for Defendant. |